IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AML IP, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> ASHLEY FURNITURE INDUSTRIES, LLC, <br><br> *Defendant*. | § § § § § § § § § § § § CIVIL ACTION NO. 2:24-CV-00004-JRG |

## ORDER

Before the Court is the FRCP 41(a)(1)(A)(ii) Dismissal with Prejudice (the "Notice") filed by Plaintiff AML IP, LLC ("Plaintiff") and Defendant Ashley Furniture Industries, LLC ("Defendant"). (Dkt. No. 13.) In the Notice, Plaintiff dismisses the above-captioned case against Defendant pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Jun 18, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE